

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JACKLYN WORFEL MAYFIELD AND LORI BETH MAYFIELD, | § | No. 08-13-00100-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 67th District Court |
| | § | |
| TARRANT REGIONAL WATER DISTRICT, | | of Tarrant County, Texas |
| | § | |
| | | (TC#067-260763-12) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JUNE, 2015.

SUSAN LARSEN, Justice (Senior Judge)

Before McClure, C.J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment